UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Lawrence Maurice Reeves, Jr.

v.                                                    Civil No. 14-cv-490-PB

FCI Berlin, Warden

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 20, 2015.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).  The petition is hereby dismissed without prejudice to Reeves seeking permission in the Sixth Circuit to bring a successive § 2255 action.

SO ORDERED.

/s/ Paul Barbadoro
Paul Barbadoro
United States District Judge

Date: April 13, 2015

cc:     Lawrence Maurice Reeves, Jr., pro se